**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PORTAL TECHNOLOGIES LLC | § | |
| | § | |
| v. | § | Case No. 2:11-CV-439-JRG-RSP |
| | § | |
| IAC/INTERACTIVECORP, et al. | § | |

**MEMORANDUM ORDER**

Currently before the Court is the Memorandum Opinion and Order filed by the Magistrate Judge on August 15, 2012 (Dkt. No. 59) denying the Motion to Change Venue to the Southern District of New York (Dkt. No. 19) filed by defendants IAC Search & Media, Inc., IAC/InterActiveCorp., and Mindspark Interactive Network, Inc. Having considered the Objections filed by Defendants (Dkt. No. 61), and finding them to be without sufficient merit, the Objections are overruled. The fact that the Plaintiff was incorporated two and a half years ago (nearly two years before suit was filed), rather than five years ago, does not materially change the analysis. Either way, it is clear that the Plaintiff has been operating in this District since long before suit was filed. The record supports the other findings of the Magistrate Judge and Defendants have not shown that the Opinion was clearly erroneous. Accordingly,

IT IS ORDERED that the Motion to Change Venue to the Southern District of New York (Dkt. No. 19) filed by defendants IAC Search & Media, Inc., IAC/InterActiveCorp., and Mindspark Interactive Network, Inc. is DENIED.

**So ORDERED and SIGNED this 7th day of September, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE